IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DONNA JACKSON )
 )
v. ) NO. 3-09-0038
 ) JUDGE CAMPBELL
DEPARTMENT OF HUMAN )
SERVICES )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 42), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Fourth Motion to Dismiss (Docket No. 36) is GRANTED, and this action is DISMISSED. Any pending Motions are denied as moot. The trial set for April 26, 2011, and the pretrial conference set for April 4, 2011, are canceled, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE